UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SERENA KINCANON, as the Permanent Guardian of RALPH KARL INGRIM, an Incapacitated Person, | § § § § § | |
| Plaintiff, | § § | |
| v. | § | Cause No. 2:17-cv-00055-J |
| | § | |
| RANDALL COUNTY, RANDALL COUNTY SHERIFF JOEL W. RICHARDSON (In his official capacity), CORRECT CARE SOLUTIONS, LLC, NICK WRIGHT and CRISTINA GIBBONS, | § § § § § § § | |
| Defendants | § | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL AS TO RANDALL COUNTY, JOEL W. RICHARDSON, NICK WRIGHT AND CRISTINA GIBBONS

TO THE HONORABLE COURT:

Lee Ann Reno of Sprouse Shrader Smith PLLC seeks to withdraw as attorney of record as to Defendants Randall County, Joel W. Richardson, Nick Wright and Cristina Gibbons, as follows:

1. Lee Ann Reno will be leaving the law firm of Sprouse Shrader Smith P.L.L.C. on September 29, 2017 and should be removed from any certificate of service.

2. Alex L. Yarbrough is no longer associated with the law firm Sprouse Shrader Smith PLLC and should be removed from any certificate of service.

3. The attorney now in charge and of record for Defendants Randall County, Joel W. Richardson, Nick Wright and Cristina Gibbons is:

       Blair Saylor Oscarsson
       Sprouse Shrader Smith PLLC
       701 South Taylor, Suite 500
       Amarillo, TX  79101
       Phone  (806) 468-3300
       Fax  (806)373-3454
       Blair.oscarsson@sprouselaw.com
       State Bar of Texas No. 24086736

4. Another attorney with Sprouse Shrader Smith, PLLC to also be noticed on behalf of Defendants is:

       Chase Hales
       Sprouse Shrader Smith PLLC
       701 South Taylor, Suite 500
       Amarillo, TX  79101
       Phone  (806) 468-3300
       Fax  (806)373-3454
       Chase.hales@sprouselaw.com
       State Bar of Texas No. 24083124

5. The withdrawal and substitution is not sought for delay.

WHEREFORE, the undersigned requests that she be allowed to withdraw from representing Randall County and that Blair Saylor Oscarsson be substituted as attorney of record and that Chase Hales also receive all notices on behalf of these Defendants.

       Respectfully submitted,

       SPROUSE SHRADER SMITH P.L.L.C.
       Lee Ann Reno, Texas State Bar No. 00791509
       Leeann.reno@sprouselaw.com
       701 S. Taylor, Suite 500
       P. O. Box 15008
       Amarillo, Texas  79105-5008
       (806) 468-3300; (806) 373-3454 fax

       /s/ Lee Ann Reno
          Lee Ann Reno
       **ATTORNEYS FOR DEFENDANTS, RANDALL COUNTY, JOEL W. RICHARDSON, NICK WRIGHT AND CRISTINA GIBBONS**

## CERTIFICATE OF CONFERENCE

This is to certify that Lee Ann Reno, counsel for Randall County, has conferred with counsel for all other parties regarding this Motion and they have no objection.

/s/ Lee Ann Reno
Lee Ann Reno

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, I electronically transmitted the foregoing document to the Clerk of the Court using the eFileTexas.gov electronic system for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following e-filing registrant:

**ATTORNEYS FOR PLAINTIFF**:

Shannon L.K. Welch
FISHER & WELCH, P.C.
Ross Tower, Suite 2800
500 North Akard Street
Dallas, Texas  75201
Email:  swelch@fisherwelch.com

Ryan L. Turman
Law Office of Ryan Turman
112 SW 8th Avenue, Suite 540
Amarillo, Texas  79101
Email:  ryan@turmanlaw.net

**ATTORNEYS FOR DEFENDANTS CORRECT CARE SOLUTIONS, LLC:**

Chris M. Knudsen
SERPE JONES ANDREWS CALLENDER & BELL, PLLC
America Tower
2929 Allen Parkway, Suite 1600
Houston, Texas  77019
Email:  cknudsen@serpejones.com

Joni Paul Kleinschmidt
PACKARD, HOOD, JOHNSON & BRADLEY, LLP
301 S. Polk, Suite 375
Amarillo, Texas  79101-1420
Email:  joni@packardlawfirm.com

        /s/ Lee Ann Reno
        Lee Ann Reno